CO-386-online
10/03

# United States District Court
# For the District of Columbia

GLENWOOD AVIATION, LLC )
)
)
)
            Plaintiff )     Civil Action No. _____
    vs )
)
Barge HARRY, its tackle, equipment, )
and other necessaries, etc., in rem )
)
            Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Glenwood Aviation, LLC  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Glenwood Aviation, LLC  which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

414412
BAR IDENTIFICATION NO.

Robert W. Hesselbacher, Jr.
Print Name

100 N. Charles Street, 16th Floor
Address

Baltimore, MD    21201-3812
City        State        Zip Code

(410) 659-1300
Phone Number