## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GLENWOOD AVIATION, LLC                         *
3060 Route 97, Suite 200
Glenwood, MD  21738-9739                        *

       Plaintiff                                 *        Civil Action No. _____
v.
                                    *

Barge HARRY
its tackle, equipment, and all                       *
other necessaries thereunto
appertaining and belonging,                         *
in rem
                                    *

       Defendant
*    *    *    *    *    *    *    *    *    *    *    *    *

### AFFIDAVIT OF BARRY LUTIN

    Barry Lutin, being duly sworn, deposes and says:

    1.    I am over eighteen (18) years of age, and am competent to testify to the matters and facts contained herein based upon my own personal knowledge and the business records of Glenwood Aviation, LLC of which I am a custodian.

    2.    I am the General Manager of Glenwood Aviation, LLC (hereinafter "Glenwood"), a Delaware limited liability company.  Glenwood operates a the "D.C. Heliport" which includes a pier facility/dock on the banks of the Anacostia River located at 1724 South Capitol Street, Washington, D.C.  20003.

    3.    I am personally familiar with the Barge HARRY, which has been moored to the dock at the D.C. Heliport since August of 2004 without incident.  During the time that Glenwood acts as Substitute Custodian, the vessel will be equipped with a portable gas pump to keep the bilges reasonably dry and to be readily available in case it is needed.  The dock itself is watched

and guarded 18 hours per day by the Metropolitan Police Department, which operates its

helicopters from the D.C. Heliport. The dock and Heliport are located behind an 8-

foot high fence capped with razor wire and equipped with a gate that is kept locked after

operating hours. Glenwood has adequate facilities, personnel, and experience for the

safekeeping of said vessel while it is under arrest. During said time, Glenwood agrees to act as

Substitute Custodian for said vessel and to undertake all responsibilities for the care and

safekeeping of said vessel as long as Glenwood is Substitute Custodian, and subject to the further

Orders of this court. For its services as Substitute Custodian, Glenwood will charge the

reasonable fee of $1.00 per foot per day (i.e., $120.00 per day).

    4.  A true and accurate copy of the current insurance certificate for Glenwood

Aviation, LLC is attached hereto as Exhibit A. This will confirm that the Glenwood dock and

the Barge HARRY are currently covered by $500,000.00 in Commercial General Liability

insurance under policy no. AVT000978 (06), issued by AXA Insurance Company, effective from

June 26, 2006 through June 26, 2007. Glenwood Aviation, LLC agrees that it will continue to

carry the same or similar insurance coverage during the duration of the time it acts as Substitute

Custodian for the Barge HARRY. Upon information and belief, the value of the Barge HARRY

is substantially less than the $500,000.00 in insurance coverage which should be more than

adequate to cover the vessel and any liabilities that may arise during the time Glenwood

Aviation, LLC acts as Substitute Custodian.

In accordance with 28 U.S.C. Section 1746, I declare under the penalty of perjury that the

foregoing Affidavit is true and correct.   Executed on *28* June, 2006.


Barry Lutin, General Manager
Glenwood Aviation, LLC

# ACORD    CERTIFICATE OF INSURANCE

| | |
|---|---|
| **PRODUCER**<br>Richard R. Maher<br>Sutton James, Inc.<br><br><br>Phone No. 973 744 3406<br>Fax No. 973 744 3407 | **ISSUE DATE (MM/DD/YY)**<br>06/22/06<br>THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |

**COMPANIES AFFORDING COVERAGE**

| | |
|---|---|
| COMPANY LETTER **A** | AXA Insurance Company |
| COMPANY LETTER **B** | |
| COMPANY LETTER **C** | |
| COMPANY LETTER **D** | |
| COMPANY LETTER **E** | |

**INSURED**
Glenwood Aviation, LLC
3060 Washington Rd.
Glenwood, MD, 21738

## COVERAGES
THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY**<br>☒ COMMERCIAL GENERAL LIABILITY<br>☐ CLAIMS MADE ☐ OCCUR.<br>☐ OWNER'S & CONTRACTOR'S PROT. | AVT000978 (06) | 6/26/06 | 6/26/07 | GENERAL AGGREGATE<br>PRODUCTS-COMP/OP AGG.<br>PERSONAL & ADV. INJURY<br>EACH OCCURRENCE<br>FIRE DAMAGE (Any one fire)<br>MED. EXPENSE (Any one person) | $<br>$<br>$<br>$500,000.00<br>$<br>$ |
| | **AUTOMOBILE LIABILITY**<br>☐ ANY AUTO<br>☐ ALL OWNED AUTOS<br>☐ SCHEDULED AUTOS<br>☐ HIRED AUTOS<br>☐ NON-OWNED AUTOS<br>☐ GARAGE LIABILITY | | | | COMBINED SINGLE LIMIT<br><br>BODILY INJURY<br>(Per Person))<br>BODILY INJURY<br>(Per Accident)<br>PROPERTY DAMAGE | $<br><br>$<br><br>$<br><br>$ |
| | **EXCESS LIABILITY**<br>☐ UMBRELLA FORM<br>☐ OTHER THAN UMBRELLA FORM | | | | EACH OCCURRENCE<br>AGGREGATE | $<br>$ |
| | **WORKER'S COMPENSATION AND EMPLOYERS' LIABILITY** | | | | ☐ STATUTORY LIMITS<br>EACH ACCIDENT<br>DISEASE-POLICY LIMIT<br>DISEASE-EACH EMPLOYEE | <br>$<br>$<br>$ |
| | **OTHER** | | | | | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS**

Premises located at 1724 South Capitol St., SE, Washington, D.C., including Barge HARRY

| **CERTIFICATE HOLDER** | **CANCELLATION** |
|---|---|
| To Whom It May Concern: | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE |

**ACORD 25-S (7/90)**    ©ACORD CORPORATION 1990



EXHIBIT
A