## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GLENWOOD AVIATION, LLC                        *
3060 Route 97, Suite 200
Glenwood, MD  21738-9739                      *

      Plaintiff                              *        Civil Action No. 06-1235 RBW

v.

                                     *

Barge HARRY
its tackle, equipment, and all                *
other necessaries thereunto
appertaining and belonging,                   *
in rem
                                     *

      Defendant
*       *       *       *       *       *       *       *       *       *       *       *       *

### MOTION FOR ORDER FOR ISSUANCE OF PROCESS IN REM
### FOR ARREST OF BARGE HARRY

Plaintiff, Glenwood Aviation, LLC  (hereinafter "Glenwood"), by its attorneys, Robert

W. Hesselbacher, Jr., Stephen F. White, and Wright, Constable & Skeen, L.L.P., pursuant to

Rule C(3)(a)(ii)(A) of the Supplemental Rules for Certain Admiralty and Maritime Claims,

respectfully prays that this Honorable Court enter an Order for the Issuance of Process (Warrant)

in Rem for the Arrest of the Barge HARRY, and in support thereof states as follows:

1.      The plaintiff has filed a Verified Complaint against the Barge HARRY, in rem,

praying that the vessel, her engines, tackle, equipment, furniture and all other necessaries

thereunto appertaining and belonging should be arrested forthwith by the United States Marshal.

2.      The Verified Complaint, sworn to as correct by the Plaintiff's President, Barry

Lutin, alleges that the plaintiff has supplied wharfage and other valuable services to the Barge

HARRY, at the request and/or acquiescence of the vessel's owners and/or the persons in control

of the vessel.  Said wharfage and other services constitute the provision of "necessaries" to the

vessel, and give rise to a maritime lien in favor of the plaintiff, in accordance with the Maritime

Lien Act (46 U.S.C. § 31301, 31341-31343).

3.     Under such circumstances, and when the owners or persons in control of the vessel

have failed and refused to pay for said "necessaries", the appropriate legal remedy is arrest of the

vessel under admiralty and maritime law.

4.     In addition, the proposed Order sets the amount to be paid to the U.S. Marshal by

the Plaintiff as a deposit to cover the Marshal's expenses incurred in connection with the arrest of

the vessel.  The amount requested is $3,000.00 which is fair and reasonable based upon the short

period of time that the Marshal will hold the vessel before turning over custody to the Substitute

Custodian (as requested in a separate Motion filed herewith).  The sum of $3,000.00 is identical

to the amount of the Marshal's deposit required by the Local Admiralty Rules in the adjacent

District of Maryland to arrest a vessel over 65 feet in length (the Barge HARRY is 120' long).

5.     The proposed Order also addresses and approves the Washington Post newspaper

as the newspaper of general circulation in which to publish the Notice of Action and Arrest as

required by Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

6.     And for such other and further reasons as are set forth in the Memorandum filed

herewith, it is requested, in accordance with Rule C of the Supplemental Rules for Certain

Admiralty and Maritime Claims, that this Honorable Court issue an Order directing the Clerk to

issue the proposed Warrant for the arrest of the Barge HARRY, in rem.

WHEREFORE, the plaintiff, Glenwood Aviation, LLC prays that this Honorable Court

grant and enter the plaintiff's proposed Order for Issuance of Process In Rem for the Arrest of the

Barge HARRY.

                                /s/

Robert W. Hesselbacher, Jr.
DC Bar No. 414112
Stephen F. White (pro hac vice pending)
Wright, Constable & Skeen, LLP
100 North Charles Street, 16th Floor
Baltimore, Maryland 21201-3812
(410) 659-1317 (telephone)
(410) 659-1350 (facsimile)

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GLENWOOD AVIATION, LLC                              *
3060 Route 97, Suite 200
Glenwood, MD  21738-9739                            *

        Plaintiff                            *          Civil Action No. _____
v.
                                     *

Barge HARRY
its tackle, equipment, and all                     *
other necessaries thereunto
appertaining and belonging,                         *
in rem
                                     *
        Defendant
*      *      *      *      *      *      *      *      *      *      *      *      *

**ORDER FOR ISSUANCE OF PROCESS IN REM (WARRANT)**
**FOR THE ARREST OF THE BARGE HARRY, ETC.**

Upon reading and review of the Verified Complaint for issuance of process for the arrest

of the Barge HARRY, etc., filed in the above case by the plaintiff, Glenwood Aviation, LLC,

and good cause having been shown thereby, it is, this ____day of _____, 2006, by the

United States District Court for the District of Columbia,

ORDERED:

1.      That in accordance with Rule C of the Supplemental Rules for Certain Admiralty

       and Maritime Claims, the Clerk of the United States District Court for the District

       of Columbia shall prepare and issue a Warrant for the arrest of the Barge

       HARRY, its tackle, equipment, and all other necessaries thereunto appertaining

       and belonging, and forward the same along with copies of the Verified Complaint

and other pleadings and Orders filed herein to the United States Marshal for the District of Columbia; and

2.    That upon the information contained in the Verified Complaint, and the estimated value of the Barge HARRY (than $100,000.00), and comparing the Marshal's deposit required for arrest of similar vessels under the Local Admiralty Rules of neighboring federal courts (e.g., a $3,000.00 deposit is required under Local Admiralty Rule (e)(9) of the U.S. District Court for the District of Maryland), the plaintiff shall deposit with the Marshal the sum of $3,000.00 to be used by the Marshal to cover the Marshal's expenses incurred in connection with the arrest of the vessel in accordance with 28 U.S.C. § 1921(d).

3.    That the United States Marshal for the District of Columbia shall thereupon arrest the Barge HARRY, its tackle, equipment, and all other necessaries thereunto appertaining and belonging, in the manner prescribed in Rule E of the Supplemental Rules for Certain Admiralty and Maritime Claims, by affixing a copy of the Warrant to the Barge HARRY in a conspicuous place, and by delivering copies of the Warrant, the Verified Complaint, and the other pleadings and Orders filed herein to the vessel's substitute custodian, Glenwood Aviation, LLC, with notice to all persons claiming any interest therein to appear, to file their Claims, and to Answer the Verified Complaint; and

4.    That the plaintiff shall promptly send copies of the Warrant for arrest, the Verified Complaint, and all other pleadings and Orders filed herein, by Certified Mail, Return Receipt Requested, to all persons and entities known by the plaintiff

184945 v. (11208.00001)

to have any claims to or interest in the Barge HARRY, its tackle, equipment, and all other necessaries thereunto appertaining and belonging; and

5.    That in accordance with Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, in the event the Barge HARRY, etc., is not released from arrest within ten (10) days after execution, the Plaintiff shall promptly give public notice of the action and arrest in The Washington Post newspaper, a newspaper of general circulation within this District

_____
United States District Judge