VIII. ADMIRALTY AND MARITIME RULES **LAR (e)(10)**

**Local Admiralty Rule (e)(7). Property in possession of United States officer.**

When the property to be attached or arrested is in the custody of an employee or officer of the United States, the Marshal will deliver a copy of the complaint and warrant of arrest or summons and process of attachment or garnishment to that officer or employee if present, and otherwise to the custodian of the property. The Marshal will instruct the officer or employee or custodian to retain custody of the property until ordered to do otherwise by a judicial officer.

**Local Admiralty Rule (e)(8). Adversary hearing.**

An adversary hearing provided for in Supplemental Rule E(4)(f) following arrest or attachment or garnishment shall be conducted by the Court within three days after a request for such hearing, unless otherwise ordered.

**Local Admiralty Rule (e)(9). Security deposit for seizure of vessels.**

The party(ies) who seek(s) arrest or attachment of a vessel or property aboard a vessel shall deposit with the Marshal $3,000 for vessels more than 65 feet in length overall or $500 for vessels 65 feet in length overall or less. These deposits shall be used to cover the expenses of the Marshal including, but not limited to, dockage, keepers, maintenance, and insurance. The party(ies) shall advance additional sums from time to time as requested by the Marshal to cover the estimated expenses until the property is released or disposed of as provided in Supplemental Rule E.

**Local Admiralty Rule (e)(10). Intervenors' claims and sharing of Marshal's fees and expenses.**

a. **Intervention before sale.** When a vessel or other property has been arrested, attached, or garnished, and is in the hands of the Marshal or custodian substituted therefor, anyone having a claim against the vessel or property is required to present the claim by filing an intervening complaint under Fed. R. Civ. P. 24, and not by filing an original complaint, unless otherwise ordered by a judicial officer. An order permitting intervention, may be signed *ex parte* at the time of filing the motion, subject to the right of any party to object to such intervention within 15 days after receipt of a copy of the motion and proposed pleading. Such motions shall not be subject to the provisions of L.R. 105. Upon the signing of an order permitting intervention, the clerk shall forthwith deliver a conformed copy of the intervening complaint to the Marshal, who shall deliver the copy to the vessel or custodian of the property. Intervenors shall thereafter be subject to the rights and obligations of parties, and the vessel or property shall stand arrested, attached, or garnished by the intervenor. An intervenor shall not be required to advance a security deposit to the Marshal for seizure of a vessel as required by LAR (e)(9).

1197

Exhibit 1