IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



GLENWOOD AVIATION, LLC　　　　　　　　＊
3060 Route 97, Suite 200
Glenwood, MD 21738-9739　　　　　　　　＊

　　　　　Plaintiff　　　　　　　　　　　　＊　　Civil Action No. 06-1235

v.　　　　　　　　　　　　　　　　　　　　＊

Barge HARRY
its tackle, equipment, and all　　　　　　　＊
other necessaries thereunto
appertaining and belonging,　　　　　　　　＊
in rem
　　　　　　　　　　　　　　　　　　　　＊
　　　　　Defendant
＊　＊　＊　＊　＊　＊　＊　＊　＊　＊　＊　＊　＊

## ORDER APPOINTING SUBSTITUTE CUSTODIAN

Upon consideration of the Motion of Plaintiff, Glenwood Aviation, LLC, for an Order appointing a Substitute Custodian, and good cause having been shown thereby, it is, this 1st day of August, 2006, by the United States District Court for the District of Columbia,

ORDERED, that the United States Marshal for the District of Columbia be, and is hereby authorized and directed upon his arrest and seizure of the BARGE HARRY, together with her tackle, equipment, and all other necessaries thereunto appertaining and belonging, pursuant to the Warrant for Arrest issuing in this case, to surrender the possession thereof to the Substitute Custodian named herein and upon surrender of the vessel to the Substitute Custodian to transfer to it the responsibilities for the safekeeping of said vessel; and it is

FURTHER ORDERED, that Glenwood Aviation, LLC be, and it hereby is, appointed the Substitute Custodian of the Barge HARRY, etc., to retain the same in its custody or possession

183315 v. (11208.00001)

with leave to move said vessel as it finds necessary along the dock operated by Glenwood Aviation, LLC without further Order of this Court; and it is

FURTHER ORDERED, that upon the transfer of custody of the Defendant Vessel to the Substitute Custodian by the United States Marshal, the United States Marshal shall be discharged from his duties and responsibilities for the safekeeping of the vessel and shall not be liable for any loss occurring while it remains in the custody of the Substitute Custodian; and it is

FURTHER ORDERED, that as Substitute Custodian, Glenwood Aviation, LLC is hereby authorized to perform the services set forth and described in the plaintiff's Motion for Order Appointing Substitute Custodian, and that the Substitute Custodian's charges and fees described in said Motion, as well as the costs of a marine survey of said vessel, shall be deemed in custodia legis expenses and shall be considered part of the costs herein. Until further Order, the Substitute Custodian, or the Plaintiff on its behalf, shall be responsible for payment of all custodial expenses incurred, and the United States Marshal shall not be responsible for their payment.

_____
United States District Judge

183315 v. (11208.00001)