IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



GLENWOOD AVIATION, LLC           *
3060 Route 97, Suite 200
Glenwood, MD 21738-9739           *

      Plaintiff           *     Civil Action No. 06-1235

v.

                             *

Barge HARRY
its tackle, equipment, and all           *
other necessaries thereunto
appertaining and belonging,           *
in rem
                             *

      Defendant
*      *      *      *      *      *      *      *      *      *      *      *      *

### ORDER FOR ISSUANCE OF PROCESS IN REM (WARRANT) FOR THE ARREST OF THE BARGE HARRY, ETC.

Upon reading and review of the Verified Complaint for issuance of process for the arrest of the Barge HARRY, etc., filed in the above case by the plaintiff, Glenwood Aviation, LLC, and good cause having been shown thereby, it is, this 1st day of August, 2006, by the United States District Court for the District of Columbia,

ORDERED:

1.     That in accordance with Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Clerk of the United States District Court for the District of Columbia shall prepare and issue a Warrant for the arrest of the Barge HARRY, its tackle, equipment, and all other necessaries thereunto appertaining and belonging, and forward the same along with copies of the Verified Complaint

184945 v. (11208.00001)

and other pleadings and Orders filed herein to the United States Marshal for the District of Columbia; and

2. That upon the information contained in the Verified Complaint, and the estimated value of the Barge HARRY (than $100,000.00), and comparing the Marshal's deposit required for arrest of similar vessels under the Local Admiralty Rules of neighboring federal courts (e.g., a $3,000.00 deposit is required under Local Admiralty Rule (e)(9) of the U.S. District Court for the District of Maryland), the plaintiff shall deposit with the Marshal the sum of $3,000.00 to be used by the Marshal to cover the Marshal's expenses incurred in connection with the arrest of the vessel in accordance with 28 U.S.C. § 1921(d).

3. That the United States Marshal for the District of Columbia shall thereupon arrest the Barge HARRY, its tackle, equipment, and all other necessaries thereunto appertaining and belonging, in the manner prescribed in Rule E of the Supplemental Rules for Certain Admiralty and Maritime Claims, by affixing a copy of the Warrant to the Barge HARRY in a conspicuous place, and by delivering copies of the Warrant, the Verified Complaint, and the other pleadings and Orders filed herein to the vessel's substitute custodian, Glenwood Aviation, LLC, with notice to all persons claiming any interest therein to appear, to file their Claims, and to Answer the Verified Complaint; and

4. That the plaintiff shall promptly send copies of the Warrant for arrest, the Verified Complaint, and all other pleadings and Orders filed herein, by Certified Mail, Return Receipt Requested, to all persons and entities known by the plaintiff

184945 v. (11208.00001)

to have any claims to or interest in the Barge HARRY, its tackle, equipment, and all other necessaries thereunto appertaining and belonging; and

5.  That in accordance with Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, in the event the Barge HARRY, etc., is not released from arrest within ten (10) days after execution, the Plaintiff shall promptly give public notice of the action and arrest in The Washington Post newspaper, a newspaper of general circulation within this District

*[signature]*
United States District Judge

184945 v. (11208.00001)