**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GLENWOOD AVIATION, LLC<br>3060 Route 97, Suite 200<br>Glenwood, MD  21738-9739 | *<br><br>* | |
| Plaintiff | * | Civil Action No. 06-1235 RBW |
| v. | * | |
| Barge HARRY<br>its tackle, equipment, and all<br>other necessaries thereunto<br>appertaining and belonging,<br>in rem | *<br><br>*<br><br>* | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION FOR ORDER DESIGNATING NEWSPAPERS FOR PUBLICATION OF
NOTICE OF ACTION AND ARREST OF VESSEL**

Plaintiff, Glenwood Aviation, LLC (hereinafter collectively "Glenwood"), by its attorneys, Robert W. Hesselbacher, Jr., Stephen F. White and Wright, Constable & Skeen, L.L.P., pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, respectfully prays that this Honorable Court enter an Order directing that the Notice of Action and Arrest of the Barge HARRY, etc, may be published in either "The Washington Post" newspaper, "The Washington Times" newspaper, or "The Daily Washington Law Reporter" newspaper, and in support thereof states as follows:

1.    This court issued an Order for the Arrest, in rem, of the Barge HARRY, etc., on August 1, 2006.  The Clerk issued the Warrant for the arrest of the Barge HARRY on August 15, 2006, and the U.S. Marshal served the Warrant upon the Barge HARRY on August 24, 2006.

2.    In accordance with Supplemental Admiralty Rule C(4), in the event the vessel is not released from arrest within ten (10) days, plaintiff's counsel must "give public notice of the

action and arrest in a newspaper designated by court Order and having general circulation in the district…"

3. It is widely known, and common knowledge, that "The Washington Post", "The Daily Washington Law Reporter", and "The Washington Times", are newspapers of general circulation within this District. Publication of the Notice of Action and Arrest in any of these newspapers will satisfy the requirements of Supplemental Admiralty Rule C(4). Therefore, it is requested that the court issue an Order directing that the Notice of Action and Arrest may be published in any one of the three newspapers referred to above.

WHEREFORE, the plaintiff, Glenwood Aviation, LLC, prays that this Honorable Court enter the proposed Order filed herewith designating "The Washington Post", "The Daily Washington Law Reporter", and "The Washington Times" as newspapers of general circulation suitable for publication of the Notice of Action and Arrest required by Supplemental Admiralty Rule C(4).

                                                                                         /S/
Robert W. Hesselbacher, Jr.
DC Bar No. 414112
Stephen F. White (pro hac vice pending)
Wright, Constable & Skeen, LLP
100 North Charles Street, 16th Floor
Baltimore, Maryland 21201-3812
(410) 659-1317 (telephone)
(410) 659-1350 (facsimile)

Attorneys for Plaintiff