**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GLENWOOD AVIATION, LLC<br>3060 Route 97, Suite 200<br>Glenwood, MD  21738-9739 | * <br><br>* | |
| Plaintiff<br>v. | * <br><br>* | Civil Action No. 06-1235 RBW |
| Barge HARRY<br>its tackle, equipment, and all<br>other necessaries thereunto<br>appertaining and belonging,<br><u>in</u> <u>rem</u> | * <br><br>* <br><br>* | |
| Defendant | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER DESIGNATING NEWSPAPERS FOR PUBLICATION**
**OF NOTICE OF ACTION AND ARREST**

Upon consideration of the Motion of Plaintiff, Glenwood Aviation, LLC, for an Order Designating "The Washington Post", "The Daily Washington Law Reporter", and "The Washington Times" as newspapers of general circulation for publication of the Notice of Action and Arrest required by Supplemental Admiralty Rule C(4), and it being recognized that such Newspapers are newspapers of general circulation within this District, it is, this _____ day of _____, 2006, by the United States District Court for the District of Columbia,

ORDERED, that the Notice of Action and Arrest of the Barge HARRY, etc., required by Supplemental Admiralty Rule C(4), may be published in either "The Washington Post", "The Daily Washington Law Reporter" or "The Washington Times", each of which are found to be newspapers of general circulation with this District.

_____
United States District Judge

186665 v. (11208.00001)