IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GLENWOOD AVIATION, LLC<br>3060 Route 97, Suite 200<br>Glenwood, MD  21738-9739 | *<br><br>* | |
| Plaintiff | * | Civil Action No. 06-1235 RBW |
| v. | * | |
| Barge HARRY<br>its tackle, equipment, and all<br>other necessaries thereunto<br>appertaining and belonging,<br>in rem | *<br><br>*<br><br>* | |
| | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR ORDER OF INTERLOCUTORY SALE
### OF THE BARGE HARRY, ETC.

Plaintiff, Glenwood Aviation, LLC (hereinafter "Glenwood"), by its attorneys, Robert W. Hesselbacher, Jr., and Wright, Constable & Skeen, L.L.P. pursuant to Rule E(9)(b) of the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims, hereby moves that this Honorable Court issue an Order providing for the sale of the Defendant Barge HARRY, etc., and as grounds therefore states as follows:

      1.      On or about July 10, 2006, Plaintiff Glenwood, filed its Verified Complaint against the Barge HARRY, her engines, tackle, equipment, furniture and all other necessaries thereunto appertaining and belonging, in rem, alleging that the plaintiff had supplied the vessel with dockage and other necessaries in the amount of approximately $28,350.00 as of June 30, 2006, with additional dockage continuing to accrue at the rate of $120.00 per day until the barge was arrested, plus interest and costs.

      2.      The Warrant of Arrest was issued on August 15, 2006, and was served by the

United States Marshal upon the vessel, and the vessel was arrested pursuant to said process, on August 24, 2006 (see Exhibit B to Affidavit of Robert W. Hesselbacher, Jr. filed herewith).

3. In accordance with this court's Order Designating Newspapers for Publication of Notice of Action and Arrest dated August 29, 2006, and Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Notice of the Action and Arrest was published in The Daily Washington Law Reporter newspaper on September 13, 2006 (see Exhibit A to Affidavit of Robert W. Hesselbacher, Jr.). The persons believed to be the owners, managers, charterers and/or owners pro hac vice of the Barge HARRY, etc., J-Way Leasing, LLC and Alan N. Johnson, were duly sent copies of the Verified Complaint and Warrant of Arrest by certified mail, return receipt requested, on August 29, 2006 (see Exhibit C to Affidavit of Robert W. Hesselbacher, Jr.). The Domestic Return Receipts signed by the recipients on August 31, 2006 are attached as Exhibit C to the Affidavit of Robert W. Hesselbacher, Jr.

4. The time for filing a Statement of Interest with respect to the vessel expired on September 23, 2006 (over 10 days after publication and over 10 days after the last certified mail notice was sent). The time for filing an Answer to the Complaint, in rem, expired on October 13, 2006 (over 20 days after the last time for filing a Statement of Interest).

5. No Claims to the Vessel, Answers, Intervening Complaints, or other papers have been filed denying the validity of Glenwood's lien, or claiming any liens on the Defendant Vessel superior to that of Glenwood.

6. The Barge HARRY, etc., is presently in the care of Glenwood, as Substitute Custodian, and is accruing storage and custodial expenses of $1.00 per foot per day (totaling $120.00 per day for the entire vessel), plus insurance and other costs assessed by the United States Marshal.

163799 v. (04856.00055)

7. The Barge HARRY, etc., is moored in navigable brackish waters, is not under cover, is exposed to the elements, and is susceptible to deterioration, rust, decay, rot and/or injury as a result of its retention in custody pending this action.

8. At present, Plaintiff Glenwood's claim against the Defendant Vessel exceeds $34,950.00 plus vessel insurance expenses, costs of arrest, retaking and sale, and costs. Given the amount of the plaintiff's claim, and the custodial, insurance, and other charges that continue to accrue, the expense of keeping the Barge HARRY, etc., in custody is excessive.

10. Plaintiff believes that, in light of all the circumstances described above, a prompt judicial sale of the Defendant Barge HARRY, etc., on an interlocutory basis is most likely to bring the best and highest price for the Defendant vessel, and is, therefore, in the best interest of all parties.

WHEREFORE, Plaintiff, Glenwood Aviation, LLC, requests that this Honorable Court issue the proposed Order filed herewith providing for the public auction sale of the Defendant Barge HARRY, etc., by the United States Marshal, at the earliest possible opportunity.

_____/S/_____
Robert W. Hesselbacher, Jr.
DC Bar No. 414112
Stephen F. White (pro hac vice pending)
Wright, Constable & Skeen, LLP
100 North Charles Street, 16th Floor
Baltimore, Maryland 21201-3812
(410) 659-1317 (telephone)
(410) 659-1350 (facsimile)

Attorneys for Plaintiff

163799 v. (04856.00055)