IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLENWOOD AVIATION, LLC     *

       Plaintiff

                         *

v.

                         *     Civil Action No. 06-1235 RBW

Barge HARRY
its tackle, equipment, and all     *
other necessaries thereunto
appertaining and belonging,     *
in rem
                         *

       Defendant

*    *    *    *    *    *    *    *    *    *    *    *    *

**AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT
AND MOTION FOR INTERLOCUTORY SALE**

STATE OF MARYLAND)
                         to wit:
CITY OF BALTIMORE)

       Robert W. Hesselbacher, Jr., being duly sworn, deposes and says:

       1.      I am the attorney for the plaintiff, Glenwood Aviation, LLC, in the above case. I am over 18 years of age and am competent to testify to the matters and facts set forth herein and do so upon my own personal knowledge. I certify under penalty of perjury that the contents of this Affidavit are true and correct.

       2.      In accordance with this court's Order Designating Newspapers for Publication of Notice of Action and Arrest dated August 29, 2006, and Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Notice of the Action and Arrest was published in The Daily Washington Law Reporter newspaper on September 13, 2006. The original Affidavit of Publication by The Daily Washington Law Reporter is attached hereto as Exhibit A.

3. In accordance with Rule C(3) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the person in custody of the vessel, Glenwood Aviation, LLC, and the Barge HARRY, etc., were served by the United States Marshal for the District of Columbia with the Verified Complaint and a Warrant of Arrest, in rem, on August 24, 2006.  See Exhibit B.

4. In addition, on August 29, 2006, notice of this action and of the arrest of the Barge HARRY, etc., was sent to all persons known to have any interest in the Barge HARRY, etc., by sending copies of the Verified Complaint, Civil Cover Sheet, Warrant of Arrest in Action in Rem, Motion for Order Appointing Substitute Custodian, Order Appointing Substitute Custodian dated August 1, 2006, and Order for Issuance of Process In Rem (Warrant) for the Arrest of the Barge HARRY, etc. dated August 1, 2006, U.S. Marshal's Process Receipt and Return, by certified mail, return receipt requested, to Alan N. Johnson, 1284 Miler Road, Avon, Ohio 44011; Alan N. Johnson and J-Way Leasing, LLC, P.O. Box 276, Avon, OH 44011; and to J-Way Leasing, LLC, 1284 Miller Road, Avon, OH 44011.  The Certified Mail Receipts (and signed Domestic Return Receipts) are attached hereto as Exhibit C.  There are no known holders of liens or mortgages on said vessel.

5. Despite such notifications and compliance with all requirements of Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, no party has filed an Answer to the Plaintiff's Complaint, no party has filed a Statement of Interest in or Claim to the Barge HARRY, etc.; the time within which any defendant or claimant may Answer, file a Statement of Interest, Claim, or otherwise move as to the Complaint has expired, and the Barge HARRY, etc., in rem, and any person or entity which might have an interest in or claim to said vessel are now in default.

I hereby certify under penalty of perjury, in accordance with 28 U.S.C. Section 1746(2) that the foregoing Affidavit is true and correct. Executed this 8th day of November, 2006.

                     /S/*
Robert W. Hesselbacher, Jr.
DC Bar No. 414112
Wright, Constable & Skeen, LLP
100 N. Charles Street, 16th Floor
Baltimore, Maryland 21201-3812
(410) 659-1304 Phone
(410) 659-1350 Fax
Attorneys for Plaintiff
Glenwood Aviation, LLC

*The original of this Signature page and Affidavit, as well as the original Exhibits to this Affidavit, are being held by counsel for the plaintiff and are available for inspection and/or for filing/examination by the court or by others upon request.

189331 v. (11208.00001)