# The Daily Washington Law Reporter
## Affidavit of Publication

DISTRICT OF COLUMBIA, to wit:

Personally appeared before me, a Notary Public in and for the said District of Columbia, **Gary Millstein** who being duly sworn according to law, on oath says he is the duly authorized agent of The Daily Washington Law Reporter Company, publishers of The Daily Washington Law Reporter, a newspaper of general circulation printed and published in the District aforesaid, and that the advertisement of which the affixed is a true copy, was published in the regular editions of said newspaper __1__ times on the following dates:

Sept 13 2006

_____
Agent

Costs $ 64.48

Subscribed to and sworn before me this

__13__ day, __Sep__, 2006

_____
Donald J. Nichols
Notary Public, District of Columbia
My Commission expires 12/14/2009

Seal

**Copy of Notice**

NOTICE OF ACTION AND ARREST
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
GLENWOOD AVIATION, LLC
vs.
Barge HARRY, etc., in rem
Civil Action No. 1:06cv01235-RBW

Notice is hereby given that on August 24, 2006, the Barge HARRY, its tackle, equipment, and all other necessaries thereunto appertaining and belonging were arrested by the United States Marshals Service, District of Columbia, pursuant to a Warrant of Arrest issued by the Clerk of the Court upon the filing of a Verified Complaint in the above action. Following the arrest, by Order of Court, the vessel was placed in the custody of the Substitute Custodian named below.

Any person who asserts a right of possession or any ownership interest in the vessel identified above, must file with the Clerk a verified statement of right or interest, in compliance with Supplemental Admiralty Rule C(6)(b) within ten (10) days of the earlier of (1) execution of process, or (2) publication of this Notice of Arrest and Seizure. A copy of the same should also be sent to the attorney for the plaintiff.

Any person who files a statement of interest in or right of possession or any ownership interest in the vessel identified above must file an Answer to the Verified Complaint within twenty (20) days of filing the verified statement referred to above. A copy of the same should be sent to the attorney for the plaintiff.

George B. Walsh
Substitute Custodian:
United States Marshal for the
District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001
(202) 353-0600

Glenwood Aviation, LLC
3060 Route 97, Suite 200
Glenwood, MD 21738-9739
(301) 854-6743

Attorney for Plaintiff:
Robert W. Wright,
Hesselbacher, Jr., Esq.
Constable & Skeen, L.L.P.
100 North Charles Street, 16th Floor
Baltimore, Maryland 21201-3812
(410) 659-1317
Pub Date: Sept 13, 2006.

EXHIBIT A

established 1874
*The Daily Washington Law Reporter Company*
1000 Connecticut Avenue NW, Suite 1100, Washington, DC 20036