USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Glenwood Aviation, LLC | 06-01235-RBW |
| DEFENDANT | TYPE OF PROCESS |
| Barge HARRY, its tackle, equipment, and all other necessaries, etc., in rem | See attached List |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Barge HARRY
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
D.C. Heliport, 1724 South Capitol Street, Washington, D.C. 20003

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Robert W. Hesselbacher, Jr., Esq.
Wright, Constable & Skeen, LLP
100 N. Charles Street, 16th Floor
Baltimore, MD 21201-3812

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Before going to pier to serve vessel, please call Barry Lutin of Glenwood Aviation, LLC, 301-854-6743 or 860-983-8409 to coordinate service and gain access.

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 410-659-1317
DATE: July 7, 2006

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: (blank)
District of Origin: No. 16
District to Serve: No. 16
Signature of Authorized USMS Deputy or Clerk: Betty H.
Date: 8/25/06

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): GLENWOOD AVIATION, LLC
DON R. SCIMONELLI GEN. MANAGER

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 8/24/06  Time: 4:15 ☒pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 3,000.00 | | | | | $0.00 |

REMARKS: *POSTED NO TREPASSING & WARNING SIGNS ON THE VESSEL

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

RECEIVED AUG 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



EXHIBIT B