**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alan N. Johnson
   1284 Miller Road
   Avon, OH  44011

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): A. Johnson
C. Date of Delivery: 8/31/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. 7004 2510 0000 2180 0253

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alan N. Johnson
   J-Way Leasing, LLC
   P.O. Box 276
   Avon, OH  44011

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): [signature]
C. Date of Delivery: 8/31/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. 7004 2510 0000 2180 0239

PS Form 3811, February 2004    Domestic Return Receipt  SFW 11208.01    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   J-Way Leasing, LLC
   1284 Miller Road
   Avon, OH  44011

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): A. Johnson
C. Date of Delivery: 8/31/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. 7004 2510 0000 2180 0246

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT
C

**Receipt 1:**
- U.S. Postal Service Certified Mail Receipt
- Postage: $ ✓
- Certified Fee: ✓
- Return Receipt Fee (Endorsement Required): ✓
- Postmark Here: 8/29/06
- Sent To: J-Way Leasing, LLC
- Street, Apt. No.; or PO Box No.: 1284 Miller Rd.
- City, State, ZIP+4: Avon, OH 44011
- 7004 2510 0000 2180 0246

**Receipt 2:**
- U.S. Postal Service Certified Mail Receipt
- Postage: $ ✓
- Certified Fee: ✓
- Return Receipt Fee (Endorsement Required): ✓
- Postmark Here: 8/29/06
- Sent To: Alan N. Johnson
- Street, Apt. No.; or PO Box No.: 1284 Miller Rd.
- City, State, ZIP+4: Avon, OH 44011
- 7004 2510 0000 2180 0253

**Receipt 3:**
- U.S. Postal Service Certified Mail Receipt
- Postage: $ ✓
- Certified Fee: ✓
- Return Receipt Fee (Endorsement Required): ✓
- Postmark Here: 8/29/06
- Sent To: Alan N. Johnson & J-Way Leasing, LLC
- Street, Apt. No.; or PO Box No.: P.O. Box 274
- City, State, ZIP+4: Avon, OH 44011
- 7004 2510 0000 2180 0235