**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GLENWOOD AVIATION, LLC<br>3060 Route 97, Suite 200<br>Glenwood, MD  21738-9739 | *<br><br>* | |
| Plaintiff | * | Civil Action No. 06-1235 RBW |
| v. | * | |
| Barge HARRY<br>its tackle, equipment, and all<br>other necessaries thereunto<br>appertaining and belonging,<br>in rem | *<br><br>*<br><br>* | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**REQUEST TO ENTER DEFAULT**

TO:   Clerk, United States District Court for the
      District of Columbia

Please enter the default of the defendant, Barge HARRY, its tackle, equipment, and all other necessaries thereunto appertaining and belonging, in rem, and of any Claimant or other interested person for failure to file a Statement of Interest, Claim or Answer, failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the Affidavit of Robert W. Hesselbacher, Jr., the attorney for the Plaintiff, Glenwood Aviation, LLC, filed herewith.

163802 v. (04856.00055)

                    _____/S/_____
Robert W. Hesselbacher, Jr.
DC Bar No. 414112
Stephen F. White (pro hac vice pending)
Wright, Constable & Skeen, LLP
100 North Charles Street, 16th Floor
Baltimore, Maryland 21201-3812
(410) 659-1317 (telephone)
(410) 659-1350 (facsimile)

Attorneys for Plaintiff
Glenwood Aviation, LLC

163802 v. (04856.00055)