Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GLENWOOD AVIATION, LLC

    Plaintiff(s)

    V.

Civil Action No. 06-1235 RBW

BARGE HARRY

    Defendant(s)

RE: BARGE HARRY

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 8/24/06, and an affidavit on behalf of the plaintiff having been filed, it is this 9TH day of November, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
    Deputy Clerk