## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GLENWOOD AVIATION, LLC     *
3060 Route 97, Suite 200
Glenwood, MD  21738-9739     *

      Plaintiff     *     Civil Action No. 06-1235 RBW

v.     *

Barge HARRY
its tackle, equipment, and all     *
other necessaries thereunto
appertaining and belonging,     *
in rem
    *

      Defendant

*   *   *   *   *   *   *   *   *   *   *   *   *

## MOTION FOR ORDER ENTERING DEFAULT OF ANY PERSON(S) INTERESTED IN THE BARGE HARRY FOR FAILURE TO FILE A CLAIM OR ANSWER

Plaintiff, Glenwood Aviation, LLC, by its undersigned attorneys, hereby files its Motion

for an Order Entering the Default of the defendant, Barge HARRY, its tackle, equipment, and all

other necessaries thereunto appertaining and belonging, in rem, and of any Claimant or other

interested person for their failure to file a Statement of Interest, Claim or Answer, failure to plead

or otherwise defend as provided by the Federal Rules of Civil Procedure, Supplemental Rules for

Certain Admiralty and Maritime Claims, and for cause states:

1.       This is an admiralty case, in rem, against the Barge HARRY, etc.  Pursuant to

Supplemental Admiralty Rule C(4) and C(6), following the arrest of the Barge, it was necessary

to publish in the newspaper, a Legal Notice notifying any person with an interest in the Barge to

file a Statement of Interest within 10 days and an Answer to the Complaint within 20 days

thereafter.

2.       By its Order of August 29, 2006, this court designated the The Daily Washington

Law Reporter for publication of the Notice required by Rule C(4). That Notice was published on

September 13, 2006. See Affidavit of Robert W. Hesselbacher, Jr. (hereinafter 'Hesselbacher

Affidavit'), filed previously herein.

3.      Although not required by the Supplemental Admiralty Rules, plaintiff's counsel

sent certified mail which included the Warrant for Arrest and Verified Complaint to all persons

believed to have any interest in the Barge HARRY.   The Warrant included the same admonition

as the published Notice, requiring a Statement of Interest to be filed within 10 days and an

Answer to the Verified Complaint to be filed within 20 days thereafter. The Certified mail was

sent on August 29, 2006, however, no Claims, Statements of Interest, or Answers to the Verified

Complaint have been filed by anyone. See Hesselbacher Affidavit paras. 45.

4.      Despite due publication of the Notice of the Action and Arrest of the Barge

HARRY, etc, and despite sending the certified mail notices to all persons believed to have an

interest in the vessel, no person has filed a Statement of Interest or Claim to said vessel, and no

person has filed an Answer to the Complaint.

5.      That pursuant to the plaintiff's Request to Enter Default filed on November 8,

2006, the Clerk entered the Default of the defendant Barge HARRY on November 9, 2006.

However, the Clerk has advised plaintiff's counsel that she is only authorized to enter default of

the defendant utilizing the court's standard form, and is not authorized to enter the default of the

other persons/entities who may be interested in the Barge, and who have also failed to file any

Claims or Answers within the time required. The Plaintiff has been advised by the Clerk to file the

present Motion with the court in order to obtain an Entry of Default not only against the vessel,

but against any other person/entity interested in the vessel that has failed to file a timely Claim or

Answer.

189522 v. (11208.00001)

6.      Therefore, it is requested that this Honorable Court enter the default of the defendant, Barge HARRY, its tackle, equipment, and all other necessaries thereunto appertaining and belonging, in rem, and of any Claimant or other interested person for failure to file a Statement of Interest, Claim or Answer, failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims.

WHEREFORE, plaintiff, Glenwood Aviation, LLC, prays that this Honorable Court enter the proposed Order of Default filed herewith, entering default against the defendant Barge HARRY, etc., and also against any Claimant or other interested person for failure to file a Statement of Interest, Claim or Answer, failure to plead or otherwise defend.


_____/S/_____
Robert W. Hesselbacher, Jr.
DC Bar No. 414112
Stephen F. White (pro hac vice pending)
Wright, Constable & Skeen, LLP
100 North Charles Street, 16th Floor
Baltimore, Maryland 21201-3812
(410) 659-1317 (telephone)
(410) 659-1350 (facsimile)

Attorneys for Plaintiff
Glenwood Aviation, LLC

189522 v. (11208.00001)