IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



| | | |
|---|---|---|
| GLENWOOD AVIATION, LLC<br>3060 Route 97, Suite 200<br>Glenwood, MD  21738-9739 | * | |
| | * | |
| Plaintiff | * | Civil Action No. 06-1235 RBW |
| v. | * | |
| Barge HARRY<br>its tackle, equipment, and all<br>other necessaries thereunto<br>appertaining and belonging,<br>in rem | * | |
| | * | |
| | * | |
| Defendant | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER OF DEFAULT

It appearing from the Affidavit of Robert W. Hesselbacher, Jr. and/or the documents and records filed therewith, that the Verified Complaint of Glenwood Aviation, LLC and Warrant of Arrest for the Barge HARRY, etc., were properly served upon said vessel and upon the person having custody of the vessel on August 24, 2006; and that Notice of Arrest and Seizure of said vessel was properly published by the plaintiff, Glenwood Aviation, LLC on September 13, 2006; and that copies of the Warrant of Arrest and Verified Complaint were sent by certified mail, return receipt requested to all persons known to be interested in the Barge HARRY, etc., on August 29, 2006; and it appearing that the time for any Claimant or person having an interest in said vessel to file a Statement of Interest or Claim thereto or file an Answer to the Verified Complaint as directed in said Warrant of Arrest and as provided by the Federal Rules of Civil Procedure has expired,

163803 v. (04856.00055)

THEREFORE, upon the request of the plaintiff, Glenwood Aviation, LLC, and pursuant to Rule 55 and Supplemental Rule C of the Federal Rules of Civil Procedure, it is hereby,

ORDERED, that the default for want of any Statement of Interest, Claim or Answer or other defense by any person interested in the Barge HARRY, its tackle, equipment, and all other necessaries thereunto appertaining and belonging, is hereby entered this 9th day of November, 2006.

_____
District Judge

189475 v. (11208.00001)