

**U.S. Department of Justice**

United States Marshals Service

**RECEIVED**

DEC 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

District of Columbia

Washington, DC 20001

December 20, 2006

MEMORANDUM TO:   Reggie B. Walton
                 United States District Court Judge
                 District of Columbia

From:            Bertie F. Bryant, Property Management Specialist
                 United States Marshals Service
                 District of Columbia

SUBJECT:         Report of Sale, Civil 06-1235
                 Greenwood Aviation, LLC vs. Barge HARRY

At approximately 11:00 a.m., on Wednesday, December 20, 2006, at the D.C. Heliport, 1724 South Capitol Street, SW, Washington, D.C. 20003, Deputy United States Marshal Gary Hipple commenced the sale of the Barge HARRY with the reading of the Order of Sale. Afterwards, Deputy Hipple requested an opening bid. The opening bid was $100.00, offered by Brickwood Contractors, Inc. Other bids were entered, and the best and highest bid offered was $9,200.00. The Barge HARRY was sold to Brickwood Contractors., who had offered the best and highest bid of $9,200.00. The total bid has been paid in full.

Attached, please find a copy of the attendance sheet, listing prospective buyers. Sale is subject to ratification and confirmation or rejection by the court.

Cc: Stephen F. White, Es
    Wright, Constable, & Skeen, L.L.P.
    100 N. Charles Street
    Baltimore, Maryland 21201

    U.S. District Court Clerk

UNITED STATES MARSHALS AUCTION SALE

Case: Greenwood Aviation LLC vs. Barge HARRY

Civil Action No. CA-06-1235

Deputy In Attendance: DUSM Hipple and Bettie Bryant, Property Management Specialist

Sold to Brickwood Contractors, Inc. - November 20, 2006

Number of Prospective bidders present - 3

Brickwood Contractors
11304 Industrial Rd.
Manassas, Virginia 20109-3910

Barry Luttin
P.O. Box 1512
Great Falls, Virginia 22061

Francisco R. Cruz
1141 Solders Ridge, Apt. 204
Manassas, Virginia 20109