IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GLENWOOD AVIATION, LLC | * | |
|     Plaintiff | * | |
| v. | | |
| | * | CIVIL ACTION NO. |
| Barge HARRY its tackle, equipment, | * | 06-1235 RBW |
| and all other necessaries thereunto appertaining | * | |
| and belonging, | | |
| <u>in</u> <u>rem</u> | * | |
|     Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MOTION FOR ORDER CONFIRMING SALE OF BARGE HARRY, ETC.

Plaintiff, Glenwood Aviation, LLC, by its attorneys, Robert W. Hesselbacher, Jr. and Wright, Constable & Skeen, L.L.P., pursuant to Rule E of the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims, hereby moves that this Honorable Court issue an Order Confirming the Auction Sale of the Barge HARRY, etc., which occurred on December 20, 2006, and for cause states:

    1.    That on Novemeber 28, 2006, this Court issued its Order for Interlocutory Sale of Vessel by Public Auction, which directed the United States Marshal to hold a public auction sale of the Barge HARRY, etc., a 110' steel hulled barge, after giving public notice of said auction.

    2.    That pursuant to said Order, public notice of said auction was published in <u>The Washington Daily Law Reporter</u> newspaper on December 8, 2006, giving over seven (7) days prior to the sale as required by the Order.  <u>See</u> Affidavit of Publication attached as Exhibit 1.

    3.    That the sale of the defendant vessel was duly and regularly conducted by the United States Marshal at 11:00 a.m. on December 20, 2006, at the "D.C. Heliport" where the Barge HARRY is located, at 1724 South Capitol Street, Washington, D.C.  20003, as advertised, and in accordance with the Order for Interlocutory Sale.

191199 v. (11208.00001)

  4. That the highest bid for the Barge HARRY, etc., was made by Brickwood Contractors, Inc., in the amount of Nine Thousand Two Hundred Dollars ($9,200.00), which amount has been paid in full and received by the United States Marshal for the District of Columbia. See U.S. Marshal's Report of Sale dated December 21, 2006 attached as Exhibit 2.

  5. In accordance with the Order for Interlocutory Sale, any objection shall be filed within three (3) days of the auction sale, or the sale shall be subject to confirmation by the court. As of the date of this Motion, the time for objection has expired, the purchase price has been paid in full by the highest bidder, at a fairly conducted auction, and no objections have been filed with the Clerk.

  WHEREFORE, plaintiff, Glenwood Aviation, LLC, prays that this Honorable Court enter the proposed Order filed herewith, Confirming the Sale of the Barge HARRY, etc., to Brickwood Contractors, Inc., upon its bid of $9,200.00 at the U.S. Marshal's auction.

          /s/
         Robert W. Hesselbacher, Jr.
         DC Bar No. 414112
         Wright, Constable & Skeen, L.L.P.
         100 N. Charles Street, 16th Floor
         Baltimore, Maryland  21201-3812
         (410) 659-1304
         Attorneys for Plaintiff
         Glenwood Aviation, LLC

# The Daily Washington Law Reporter
## Affidavit of Publication

DISTRICT OF COLUMBIA, to wit:

Personally appeared before me, a Notary Public in and for the said District of Columbia,

**Gary Millstein**

who being duly sworn according to law, on oath says he is the duly authorized agent of The Daily Washington Law Reporter Company, publishers of The Daily Washington Law Reporter, a newspaper of general circulation printed and published in the District aforesaid, and that the advertisement of which the affixed is a true copy, was published in the regular editions of said newspaper __1__ times on the following dates:

Dec 8 2006

_____
Agent

Costs $ 153.94

Subscribed to and sworn before me this

__8__ day, __Dec__, 2006

_____
Donald J. Nichols
Notary Public, District of Columbia
My Commission expires 12/14/2009

Seal

established 1874
The Daily Washington Reporter
1000 Connecticut Avenue NW, Suite 1100, Washington

### Copy of Notice

NOTICE OF AUCTION OF VESSEL
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
GLENWOOD AVIATION, LLC vs. BARGE HARRY, etc., in rem, Docket No. 06-1235 RBW

Pursuant to an Order entered in the above case on November 28, 2006, the United States Marshal for the District of Columbia hereby gives Notice that the BARGE HARRY, a steel-hulled barge approximately 110 feet long, its tackle, equipment, and all other necessaries thereunto appertaining and belonging, will be sold at public auction at the "D.C. Heliport" where the Barge HARRY is located, at 1724 South Capitol Street, Washington, D.C. 20003, to the highest bidder on the 20th day of December, 2006, at 11:00 a.m., upon the following terms:

(a) If the highest bid is $1,000.00 or less, then the person whose bid is accepted shall immediately pay the U.S. Marshal the full purchase price. Otherwise, a cash deposit or cashier's or certified check expressed in U.S. currency of ten percent (10%) of the bid shall be paid at the time the bid is accepted and the remaining ninety percent (90%) shall be paid by cash or cashier's check or certified check expressed in U.S. currency three (3) days after the day on which the bid was accepted unless an objection to the sale is filed within the three (3) day period. If an objection is so filed, the bidder is excused from paying the balance of the purchase price until three (3) court days after the sale is confirmed. If the sale should not be confirmed, the United States Marshal shall return all monies to the highest bidder immediately after rejection of the bid by the Court. If full payment of the balance is not made in conformity with the above terms, the deposit shall be forfeited by the bidder.

(b) If Plaintiff, Glenwood Aviation, LLC, is the highest bidder, then the Plaintiff's bid shall be deemed maintained as a fund by the Plaintiff and shall be subject to the credit of Plaintiff's claim against the Defendant vessel or the proceeds of its sale as stated in the Verified Complaint, and Plaintiff need not pay any amount to the United States Marshal, or his agent, except that amount which it has bid in excess of the amount prayed for in its Verified Complaint, subject to the further Order of this Court.

(c) The sale shall be subject to confirmation or rejection by the court upon Motion by the Plaintiff, within five (5) court days, but no sooner than three (3) court days after the sale.

(d) After confirmation of sale and payment of the purchase price, any person having a claim against the vessel that arose prior to confirmation must present the same by Intervening Complaint within ten (10) days or be forever barred from intervention.

(e) Permission to inspect the Defendant vessel will be available through the United States Marshal, or his agent, the Substitute Custodian, Glenwood Aviation, LLC, phone (301) 854-6743. Persons inspecting the vessel do so at their own risk;

(e) The vessel is being sold "AS IS, WHERE IS". THE DESCRIPTION AND PARTICULARS ARE NOT GUARANTEED. The highest bidder shall be responsible for all costs of storage, slip fees, insurance and other costs and expenses associated with the Vessel as of the date of confirmation of the sale. All risk of loss shall pass to the highest bidder at the time of confirmation of the sale.

George B. Walsh, United States Marshal for District of Columbia, Contact: Bettie Bryant (202) 353-0600, United States Courthouse, 333 Constitution Avenue, N.W., Rm. 1106B, Washington, D.C. 20001
Plaintiff's Attorney: Robert W. Hesselbacher, Jr., Wright, Constable & Skeen, LLP, 100 N. Charles Street, 16th Floor, Baltimore, MD 21201-3812, Phone (410) 659-1317. Pub Date: Dec 8, 2006.

**EXHIBIT 1**



**U.S. Department of Justice**

United States Marshals Service

*District of Columbia*

Washington, DC 20001

December 20, 2006

**RECEIVED**
DEC 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MEMORANDUM TO: Reggie B. Walton
United States District Court Judge
District of Columbia

From: Bertie F. Bryant, Property Management Specialist
United States Marshals Service
District of Columbia

SUBJECT: Report of Sale, Civil 06-1235
Greenwood Aviation, LLC vs. Barge HARRY

At approximately 11:00 a.m., on Wednesday, December 20, 2006, at the D.C. Heliport, 1724 South Capitol Street, SW, Washington, D.C. 20003, Deputy United States Marshal Gary Hipple commenced the sale of the Barge HARRY with the reading of the Order of Sale. Afterwards, Deputy Hipple requested an opening bid. The opening bid was $100.00, offered by Brickwood Contractors, Inc. Other bids were entered, and the best and highest bid offered was $9,200.00. The Barge HARRY was sold to Brickwood Contractors., who had offered the best and highest bid of $9,200.00. The total bid has been paid in full.

Attached, please find a copy of the attendance sheet, listing prospective buyers. Sale is subject to ratification and confirmation or rejection by the court.

Cc: Stephen F. White, Es
Wright, Constable, & Skeen, L. L.P.
100 N. Charles Street
Baltimore, Maryland 21201

U.S. District Court Clerk

**EXHIBIT 2**

UNITED STATES MARSHALS AUCTION SALE

Case: Greenwood Aviation LLC vs. Barge HARRY

Civil Action No. CA-06-1235

Deputy In Attendance: DUSM Hipple and Bettie Bryant, Property Management Specialist

Sold to Brickwood Contractors, Inc. - November 20, 2006

Number of Prospective bidders present - 3

Brickwood Contractors
11304 Industrial Rd.
Manassas, Virginia 20109-3910

Barry Luttin
P.O. Box 1512
Great Falls, Virginia 22061

Francisco R. Cruz
1141 Solders Ridge, Apt. 204
Manassas, Virginia 20109