IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GLENWOOD AVIATION, LLC | * | |
|     Plaintiff | * | |
| v. | | |
| | * | CIVIL ACTION NO. |
| Barge HARRY<br>its tackle, equipment, | * | 06-1235 RBW |
| and all other necessaries<br>thereunto appertaining | * | |
| and belonging,<br><u>in</u> <u>rem</u> | * | |
|     Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>ORDER CONFIRMING AUCTION SALE OF BARGE HARRY, ETC.</u>**

    WHEREAS, by Order for Interlocutory Sale of the Barge HARRY, etc., dated November 28, 2006, this Court directed the United States Marshal for the District of Columbia to cause the above vessel to be sold at public auction in accordance with the terms and conditions of the Order for Interlocutory Sale; and

    WHEREAS, the United States Marshal set the date for the public auction sale of the vessel for December 20, 2006 at 11:00 a.m.; and

    WHEREAS, on June 15, 2004, at approximately 11:00 a.m., the United States Marshal for the District of Columbia conducted the public auction sale of the vessel as directed, and in accordance with this Court's Order for Interlocutory Sale dated November 28, 2006; and

    WHEREAS, the best and highest bid received for the Barge HARRY, etc., at the public auction sale was Nine Thousand Two Hundred Dollars ($9,200.00), which bid was offered by Brickwood Contractors, Inc.; and

    WHEREAS, the price bid for the Barge HARRY, etc., was a fair, adequate and reasonable bid price for said vessel, no higher bids have been received or filed, no objections

to the auction have been filed, and there can be no certainty that any higher bid or price could be obtained in any later sale of the vessel and its appurtenances;

NOW, THEREFORE, it is, this ___ day of _____, 2006, by the United States District Court for the District of Columbia, ORDERED:

1. That the United States Marshal's public auction sale of the Barge HARRY, its tackle, equipment, and all other necessaries thereunto appertaining and belonging, on December 20, 2006, for Nine Thousand Two Hundred Dollars ($9,200.00) to Brickwood Contractors, Inc., be, and the same hereby is, ratified and confirmed.

2. That the United States Marshal shall deliver possession of the Barge HARRY, etc., to Brickwood Contractors, Inc., and shall promptly execute and deliver to Brickwood Contractors, Inc. a Bill of Sale for the vessel, free and clear of all liens or encumbrances whatsoever.

3. That the plaintiff, Glenwood Aviation, LLC shall make prompt payment to the United States Marshal for the District of Columbia of all unpaid costs and expenses, if any, due and payable to the United States Marshal in this matter, regarding the arrest, custody, and sale of the Barge HARRY, etc.

4. Any and all claims against the proceeds of sale of the Barge HARRY, etc., if any, must be presented in the form of an Intervening Complaint filed with the Clerk, within ten (10) days of this Order or be deemed in default and forever barred.

_____
United States District Judge