IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ECF

GLENWOOD AVIATION, LLC              *

      Plaintiff                              *   Civil Action No. 06-1235 RBW

v.                                                *

Barge HARRY
its tackle, equipment, and all              *
other necessaries thereunto
appertaining and belonging,              *
in rem
                                    *

      Defendant
*   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER ENTERING DEFAULT JUDGMENT
## AND FOR DISTRIBUTION OF AUCTION PROCEEDS

Upon the Motion of the Plaintiff, Glenwood Aviation, LLC, and upon due consideration thereof, and good cause having been shown thereby, it is, this 7th day of February, 2007, by the United States District Court for the District of Columbia,

ORDERED:

1. That the Barge HARRY, its tackle, equipment, and all other necessaries thereunto appertaining and belonging, and her owners, lienholders, and any and all third parties (with the exception of Glenwood Aviation, LLC) who might have presented a Claim, Statement of Interest, Answer or Intervening Complaint to the vessel or to the proceeds of the vessel's auction sale herein, are in default, and the Clerk is directed to enter their defaults on record herein; and

2. That plaintiff, Glenwood Aviation, LLC, holds a maritime lien in the amount of $28,350.00 against the proceeds of the auction sale of the Barge HARRY, etc.; and

192629 v. (11208.00001)

3. That Judgment by Default be and is hereby entered in favor of Glenwood Aviation, LLC, and against the proceeds of the auction sale of the Barge HARRY, etc., in the amount of $28,350.00; and

4. That costs and *in custodia legis* expenses (filing fee, U.S. Marshal's costs, and Substitute Custodian's fees) associated with the arrest of the P/V POLLUX, etc., in the amount of $14,525.00 are hereby approved and awarded to Glenwood Aviation, LLC and against the proceeds of the auction sale of the Barge HARRY; and

5. That the Clerk of this Court is hereby Ordered to pay forthwith to Glenwood Aviation, LLC, the entirety of the auction proceeds now held in the Registry of this Court in the amount of $8,745.00 (plus any accrued interest); and

6. That upon having duly entered the aforesaid matters, and having paid the aforesaid sum to Glenwood Aviation, LLC, the Clerk is hereby directed to finally Close this case.

United States District Judge

167365 v. (04856.00055)